1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385
   (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  ADRON W. BEENE (SBN: 129040)
   adron@adronlaw.com
8  ADRON G. BEENE (SBN: 298088)
   ATTORNEY AT LAW
9  1754 Technology Drive, Suite 228
   San Jose, CA 95110
10 Telephone: (408) 392-9233
   Facsimile: (866) 329-0453
11 Attorneys for Defendants
12 Pestana Family Partnership, L.P. and Pestana Management Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 3:20-CV-04393-WHO |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| PESTANA FAMILY PARTNERSHIP, L.P., a California Limited Partnership; PESTANA MANAGEMENT COMPANY, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 07, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: October 07, 2020     ATTORNEY AT LAW

By: /s/ Adron W. Beene
    Adron W. Beene
    Adron G. Beene
    Attorneys for Defendants
     Pestana Family Partnership, L.P. and
     Pestana Management Company,
     LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Adron W. Beene, counsel for Pestana Family Partnership, L.P. and Pestana Management Company, LLC, and that I have obtained Mr. Beene's authorization to affix his electronic signature to this document.

Dated: October 07, 2020          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff